**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA, :

-against- :

JONATHAN STRAHS, :

Defendant. :

------------------------------------x

ORDER

26 Crim. 445 (GBD)

GEORGE B. DANIELS, United States District Judge:

Bail conditions are hereby modified to eliminate electronic monitoring.

Dated: September 29, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE